IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CASE NO. 1:10-cv-00056-MP-AK

REAL PROPERTY LOCATED AT 22718 E. COUNTY ROAD 1474, HAWTHORNE, FLORIDA, WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 5, Motion to Dismiss by Plaintiff. Any response was due August 16, 2010, but no response was filed as of this date. The government seeks to dismiss because the forfeiture will be pursued in the criminal case at 1:10cr16-SPM/AK. It is hereby

**ORDERED AND ADJUDGED:**

The motion to dismiss, Doc. 5, is granted and this case dismissed without prejudice, with each party to bear its own costs and fees.

**DONE AND ORDERED** this  *25th*   day of August, 2010


*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge